WHITESIDE HILL, Respondent, *v.* ANDREW MAURER, Appellant, Impleaded with Others.

*Hill* v. *Maurer*, 151 App. Div. 910, affirmed.
(Argued February 12, 1914; decided March 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 15, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

*Herbert Van Kirk* for appellant.

*Joseph D. Senn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.

---

THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant, *v.* HENRY ALLEN et al., Respondents.

*Lake Shore & M. S. Ry. Co.* v. *Allen*, 151 App. Div. 901, affirmed.
(Argued February 12, 1914; decided March 3, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 25, 1912, which affirmed an order of Special Term confirming the report of commissioners of appraisal in condemnation proceedings.

*Daniel Meegan* for appellant.

*Arthur B. Ottaway* for respondents.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.